IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL S. GRIFFIS,
ADC #134561                                                                                        PLAINTIFF

v.                                        5:09CV00194WRW/HLJ

RORY GRIFFIN, et al                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is hereby DISMISSED for failure to state a claim.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 31st day of August, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE