IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL S. GRIFFIS,
ADC #134561                                                                                           PLAINTIFF

v.                                       5:09CV00194WRW/HLJ

RORY GRIFFIN, et al                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 31st day of August, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE